IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERRICK CHARLESTON,

    Petitioner,

v.                                        CASE NO. 4:07cv260-SPM/WCS

JAMES MCDONOUGH,

    Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation. Doc. 45. Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 46. Despite the objections, I have determined that the report and recommendation is correct and should be adopted.

The magistrate judge's report and recommendation thoroughly analyzes Petitioner's claims. The closing arguments Petitioner references in his objections do not meet the standard for fundamental error so as to make a valid claim for ineffective assistance of appellate counsel. Accordingly, it is

ORDERED AND ADJUDGED:

1.      The magistrate judge's report and recommendation (doc. 45) is

ADOPTED and incorporated by reference in this order.

2. The 28 U.S.C. § 2254 petition for writ of habeas corpus by Derrick Charleston, challenging his conviction and sentence for sexual battery on a child under the age of twelve, imposed in the Second Judicial Circuit, Gadsden Count, case number 00-128CFA, is denied with prejudice.

3. The Court will not issue a certificate of appealability because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 26th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge